1  Lori N. Brown (SBN: 8858)
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   Two North Central Avenue Suite 2200
3  Phoenix, AZ 85004
   Telephone: (602) 794-3651
4  Facsimile: (602) 265-4716
   lbrown@grsm.com

5  *Attorneys For Defendant Portfolio Recovery Associates, LLC*

6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10 VINCENT ISMAEL,                          )  CASE NO.  2:22-cv-00209-JAD-VCF
                                            )
                        Plaintiff,          )  **STIPULATION AND ORDER**
11                                          )  **TO EXTEND TIME TO FILE**
                                            )  **RESPONSE TO COMPLAINT**
12        vs.                               )
                                            )  **(First Request)**
13 PORTFOLIO RECOVERY ASSOCIATES, LLC )
   and RAUSCH STURM LLP,                    )
14                                          )
                        Defendants.         )
15 _____ )

16        Pursuant to Local Rule IA 6-1, Defendant Portfolio Recovery Associates, LLC

17 ("PRA") by and through its attorney, Lori N. Brown of Gordon Rees Scully Mansukhani,

18 LLP and Plaintiff Vincent Ismael, by and through his attorneys Gustavo Ponce and Mona

19 Amini of Kazerouni Law Group, hereby stipulate and agree as follows:

20        1.     Plaintiff filed his Complaint on February 3, 2022.

21        2.     PRA was served with the summons and complaint on February 11, 2022.

22        3.     PRA's responsive pleading is currently due March 3, 2022.

23        4.     PRA retained Gordon & Rees as counsel to represent its interests in this

24 matter.

25        5.     PRA requests additional time to file its response to the Complaint up to and

26 including April 4, 2022.

27        6.     Plaintiff does not oppose the requested extension.

28

-1-

7. PRA has been informed that co-defendant Rausch Sturm LLP is filing its own stipulation for an extension of the responsive pleading deadline.

8. The extension, which is PRA's first requested extension, will allow PRA to investigate the allegations of Plaintiff's Complaint and permit the parties to explore possible early resolution without incurring unnecessary fees and costs.

9. This stipulation is not made for purposes of delay.

10. Accordingly, PRA will file its responsive pleading to Plaintiff's Complaint on or before April 4, 2022.

**IT IS SO STIPULATED.**

DATED this 3rd day of March, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ Lori N. Brown_____
    **Lori N. Brown**
    Attorneys for Defendant
    Portfolio Recovery Associates, LLC

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce (with permission)
    **Gustavo Ponce**
    **Mona Amini**
    Attorneys for Plaintiff

**IT IS SO ORDERED:**

_____
**United States Magistrate Judge**

**DATED:**_____
      3-15-2022

**Gordon Rees Scully Mansukhani, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004