1  Joel E. Tasca
   Nevada Bar No. 14124
2  Andrew S. Clark
   Nevada Bar No. 14854
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   tasca@ballardspahr.com
6  clarkas@ballardspahr.com

7  *Attorney for Defendant Rausch Sturm LLP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| VINCENT ISMAEL, | CASE NO. 2:22-cv-00209-JAD-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and RAUSCH STURM, LLP, | (Second Request) |
| Defendants. | |

Plaintiff and Defendant Rausch Sturm LLP stipulate and agree that Rausch Sturm has up to and including April 8, 2022, to respond to Plaintiff's Complaint (ECF No. 1). The parties have begun preliminary discussions in an attempt to resolve the issues raised in Plaintiff's Complaint, and the additional time will allow them to determine whether a resolution is possible without further litigation. The current deadline to file a response is March 25, 2022. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

Dated: March 24, 2022

DMFIRM #402407461 v1

| | |
|---|---|
| BALLARD SPAHR LLP | KAZEROUNI LAW GROUP APC |
| By: /s/ Andrew S. Clark<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 14854<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gustavo Ponce<br>Gustavo Ponce<br>Nevada Bar No. 15084<br>6069 S. Fort Apache Street, Suite 100<br>Las Vegas, Nevada 89148<br>gustavo@kazlg.com<br>(702) 625-9392 |
| *Attorneys for Defendant*<br>*Rausch Sturm LLP* | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-24-2022

DMFIRM #402407461 v1    2