Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com
*Attorneys for Plaintiff,*
*Vincent Ismael*

UNITED STATES DISTRICT COURT

DISTRCIT OF NEVADA

| | |
|---|---|
| VINCENT ISMAEL,<br><br>  Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and RAUSCH STURM LLP,<br><br>  Defendants. | Case No.: 2:22-cv-00209-CDS-VCF<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO DISMISS ACTION BETWEEN PLAINTIFF AND DEFENDANTS PORTFOLIO RECOVERY ASSOCIATES LLC AND RAUSCH STURM LLP** |

///

///

///

The dispute between Vincent Ismael ("Plaintiff") and both Defendants Portfolio Recovery Associates, LLC and Rausch Sturm LLP (collectively "Defendants") has been resolved. The Parties have reached settlement terms and have exchanged an approved copy of a settlement agreement. The Parties still need to exchange an executed copy of the settlement agreement along with accompanying obligations necessitated by the agreement. The parties have agreed to extend the deadline to file a dismissal of this matter with approval of the court to **September 9, 2022.**

DATED this 13th day of July 2022.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By: /s/ Andrew Clark
Joel Tasca, Esq.
Andrew Clark, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Attorneys for Defendant Rausch Sturm LLP*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-13-2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 13, 2022, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NV 89148
*Attorneys for Plaintiff*